48 So.2d 889

**BIRMINGHAM ELECTRIC CO. v. Eleanor Lucille GREEN.**

**6 Div. 100.**

Court of Appeals of Alabama.
Oct. 10, 1950.

Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge.

Lange, Simpson, Robinson & Somerville, of Birmingham, for appellant.

Taylor, Higgins, Windham & Perdue, of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

46 So.2d 859

**Frank BISHOP v. STATE.**

**6 Div. 963.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault and battery.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

44 So 2d 908

**J. E. BLACKBURN et al. v. D. U. BORDERS.**

**7 Div. 28.**

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Calhoun County; Leslie C. Longshore, Judge.

BRICKEN, Presiding Judge.

Affirmed on certificate.

51 So.2d 912

**Claud L. BOLEY v. STATE.**

**6 Div. 186.**

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Jefferson County; Robt. J. Wheeler, Judge.

PER CURIAM.

Appeal dismissed.

44 So.2d 31

**William BONNER v. STATE.**

**6 Div. 817.**

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault and battery with weapon.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.